## MEDLIN *v.* THE STATE.

BECK, P. J. There was no abuse of discretion on the part of the trial court in overruling the extraordinary motion for a new trial, based upon newly discovered evidence. *Norman* v. *Goode,* 121 *Ga.* 449 (49 S. E. 268).

*Judgment affirmed. All the Justices concur, except Gilbert, J., absent for providential cause.*

No. 1615.    APRIL 15, 1920.

Indictment ·for murder. Before Judge Mathews. Bibb superior court. July 29, 1919.

*Julian F. Urquhart* and *Nottingham & Renitz,* for plaintiff in error.

*Clifford Walker, attorney-general, John P. Ross, solicitor-general,* and *M. C. Bennet,* contra.